UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVEN'S LANDING, LLC d/b/a DR. NATURE RX, HEMPED NYC, LLC, HIDDEN HEMP CORP., HEMPED NYC ON ORCHARD LLC, GASKO & MEYER INC., SARENE CRAFT BEER DISTRIBUTORS, LLC, WINDY HILL 312 LLC d/b/a WINDY HILL CBD AND WELLNESS, NORTH FORK DISTRIBUTION, INC. d/b/a CYCLING FROG, THE GREEN ROOM, AND REBEL RABBIT

                                   Plaintiffs,

-against-

NEW YORK STATE CANNABIS CONTROL BOARD, NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT, TREMAINE WRIGHT, in her official capacity as the Chairwoman of the New York State Cannabis Control Board, and CHRIS ALEXANDER, in his official capacity as Executive Director of the New York State Office of Cannabis Management,

                                   Defendants.

No. 24-cv-1874 (ER) (GWG)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and all prior pleadings and proceedings herein, Defendants the New York State Cannabis Control Board ("Board"), the New York State Office of Cannabis Management ("OCM"), Tremaine Wright, in her official capacity as the Chairwoman of the Board, and Felicia A.B. Reid, in her official capacity as OCM Acting Executive Director, will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, for an order dismissing Plaintiffs' Complaint in its entirety, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.[1]

---

[1] Felicia A.B. Reid has replaced Chris Alexander as Executive Director of OCM and is therefore automatically substituted as an official capacity defendant pursuant to Fed. R. Civ. P. 25(d). Defendants therefore additionally request that the Court order that the caption be changed accordingly.

1

2

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's May 9, 2024 Minute Entry, Plaintiffs' response is due by August 1, 2024.

Dated:  New York, New York
       June 20, 2024

<u>/s Noam Lerer</u>
NOAM LERER