

**Joshua S. Bauchner, Esq.**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
jbauchner@mblawfirm.com
T: (973) 607-1269
F: (973) 325-7467

# MEMO ENDORSED

July 26, 2024

Plaintiffs' request for an extension of time to file the opposition, until August 15, 2024, and for an extension of time for Defendants to file their reply, until September 16, 2024, is granted.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 7/29/24
New York, New York

**Via ECF Filing**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Ravens Landing, LLC Et al. v. New York Cannabis Control Board*,
Docket No.: 24-cv-01874
Request for two-week Adjournment

Your Honor:

We represent the Plaintiffs in the above-entitled action.  We write with defense counsel's consent to respectfully request a two-week adjournment of Plaintiffs' time to respond to Defendants' motion to dismiss (Dkt. No. 49) to August 15, 2024.  At present, Plaintiff's response is due on August 1, 2024.  The reason for this request is because certain other deadlines have interfered with our ability to complete the response on or before August 1st.  This is Plaintiff's first request for an extension, and Defendants consent to this request and request that their reply date be adjourned to September 16, 2024 because of travel schedules.  Plaintiff consents to defense counsel's request regarding the reply.

We thank the Court for its kind consideration herein.

Respectfully Submitted,

Joshua S. Bauchner