

**MEMO ENDORSED**

at page 2

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8508

September 9, 2024

**BY ECF**
The Hon. Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Raven's Landing v. New York State Cannabis Control Board</u>, 24-cv-01874

Dear Judge Ramos:

    This Office represents Defendants New York State Cannabis Control Board ("Control Board"), New York State Office of Cannabis Management ("OCM"), Tremaine Wright, in her official capacity as the Chairwoman of the Control Board, and Felicia Reid, in her official capacity as Executive Director of OCM (collectively the "State Defendants"). State Defendants write to respectfully request that the Court extend their time to respond to Plaintiffs' newly amended complaint from September 16, 2024 to 21 days from the date service is effected on the Sheriff's Office Defendants.[1] This is State Defendants' second request, and Plaintiffs consent.

    A review of the docket indicates that a summons has not yet issued regarding Plaintiffs' Amended Complaint, meaning that the Sheriff's Office Defendants, who are new to this case, could not yet have been served. State Defendants respectfully submit that this litigation will proceed more efficiently if the dates for all Defendants are aligned and accordingly request that their response to the complaint be due 21 days from the date the Sheriff's Office Defendants are served with process.

    State Defendants respectfully thank the Court for its attention to this matter.

    Respectfully submitted,

<u>s/Noam Lerer</u>
Noam Lerer
Assistant Attorney General
28 Liberty Street
New York, NY 10005
Noam.Lerer@ag.ny.gov

---

[1] As noted in State Defendants' prior letter, Plaintiff's Amended Complaint has added two additional defendants, The New York City Sheriff's Office and Sheriff Anthony Miranda ("Sheriff Office Defendants").

Hon. Edgardo Ramos　　　　　　　　　　　　　　　　　　　Page 2
September 9, 2024

cc (by ECF): All counsel of record

> Defendants' request to extend the time to respond to the amended complaint from September 16, 2024 to 21 days from the date the Sheriff's Office Defendants are served with process is granted.  SO ORDERED.
>
> 　　　　　　　　　　　　　　　　　_____
> 　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.
> 　　　　　　　　　　　　　　　　　Dated: September 9, 2024
> 　　　　　　　　　　　　　　　　　New York, New York