UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAVEN'S LANDING, LLC d/b/a DR. NATURE RX, HEMPED NYC, LLC, HIDDEN HEMP CORP., HEMPED NYC ON ORCHARD LLC, GASKO & MEYER INC., SARENE CRAFT BEER DISTRIBUTORS, LLC, WINDY HILL 312 LLC d/b/a WINDY HILL CBD AND WELLNESS, NORTH FORK DISTRIBUTION, INC. d/b/a CYCLING FROG, THE GREEN ROOM, and REBEL RABBIT<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NEW YORK STATE CANNABIS CONTROL BOARD, NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT, TREMAINE WRIGHT, in her official capacity as the Chairwoman of the New York State Cannabis Control Board, and FELICIA A.B. REID, in her official capacity as Executive Director of the New York State Office of Cannabis Management, the NEW YORK CITY SHERIFF'S OFFICE, and ANTHONY MIRANDA, in his official capacity as New York City Sheriff,<br>　　　　　　　　　　Defendants. | **ORDER**<br><br>24-cv-1874 (ER) |

Ramos, D.J.:

　　　　On June 20, 2024, Defendants the New York State Cannabis Control Board, the New York State Office of Cannabis Management ("OCM"), Tremaine Wright, in her official capacity as the Chairwoman of the Board, and Felicia A.B. Reid, in her official capacity as OCM Acting Executive Director (collectively the "State Defendants"), filed a motion to dismiss the complaint. Doc. 49.  On August 23, 2024, Plaintiffs filed an amended complaint, adding the New York City Sheriff's Office, and Anthony Miranda, in his official capacity as New York City Sheriff (collectively the "Sheriff's Office Defendants"), as defendants.  Doc. 63.  On November 7, 2024,

the Court granted the State Defendants and the Sheriff's Office Defendants leave to file motions to dismiss the amended complaint.  Minute Entry, November 7, 2024.

Accordingly, as the original complaint is no longer the operative complaint, the first filed motion to dismiss is moot.  Doc. 49.  The Clerk of Court is respectfully directed to terminate the motion, Document 49.

It is SO ORDERED.

Dated:   December 16, 2024
         New York, New York

_____
Edgardo Ramos, U.S.D.J.